## STATE OF CONNECTICUT *v.* BRIAN L. S.
### (AC 31711)

Lavine, Bear and Borden, Js.

Argued May 23—officially released June 7, 2011

Per Curiam. The judgment is affirmed.

## PATRICIA JOLLY *v.* BROADSPIRE SERVICES, INC., ET AL.
### (AC 32598)

DiPentima, C. J., and Robinson and Schaller, Js.

Argued May 24—officially released June 14, 2011

Per Curiam. The judgment is affirmed.

## ROBERT JOHN WHITE *v.* ESTATE OF MICHAEL A. WHITE
### (AC 32835)

Bishop, Robinson and Borden, Js.

Argued June 1—officially released June 21, 2011

Per Curiam. The judgment is affirmed.